THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS B. SAMUELS, Appellant, against MILTON O. BAILEY, as Sheriff of Greene County, Defendant. AUGUSTA SAMUELS, Respondent.

Submitted May 23, 1949; decided June 3, 1949.

Motion to amend remittitur denied. [See 299 N. Y. 624.]